## UNITED STATES *v.* FLORIDA ET AL.

No. 54, Orig.   Argued January 17, 1977—Decided February 23, 1977

*William F. Sheehan III* argued the cause for the United States in support of the Report of the Special Master.   With him on the brief were *Solicitor General Bork, Assistant Attorney General Taft, Bruce C. Rashkow,* and *Ralph J. Gillis.*

*Lee C. Clyburn,* Assistant Attorney General of Texas, and *Sidney H. McKenzie III,* Assistant Deputy Attorney General of Florida, argued the cause for defendants on exceptions to the Report of the Special Master.   With *Mr. Clyburn* on the briefs were *John L. Hill,* Attorney General of Texas, *David M. Kendall,* First Assistant Attorney General, *Robert L. Shevin,* Attorney General of Florida, and *Donna B. Stinson,* Assistant Attorney General.

PER CURIAM.

The exceptions of the States of Florida and Texas to the Report of the Special Master, 429 U. S. 810 (1976), are overruled and the motion for leave to file a counterclaim is denied.

*So ordered.*